JMR/2019R00881

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Criminal No. 20-53

v.  :

ZACKARY MCFERREN  :  18 U.S.C. §§ 1470 and 2

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for District of New Jersey charges:

### Count 1
### [18 U.S.C. § 1470 – Transferring Obscene Material to a Minor]

On or about August 19, 2015, in Atlantic County, in the District of New Jersey, and elsewhere, defendant

ZACKARY MCFERREN

did use the Internet, a facility and means of interstate commerce, to knowingly transfer and attempt to transfer obscene matter to another individual (Victim #1) who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16.

In violation of Title 18, United States Code, Section 1470, and Title 18, United States Code, Section 2.

## COUNT 2
**[18 U.S.C. § 1470 – Transferring Obscene Material to a Minor]**

Between on or about July 15 and 17, 2019, in Camden County, in the District of New Jersey, and elsewhere, defendant

ZACKARY MCFERREN

did use the Internet, a facility and means of interstate commerce, to knowingly transfer and attempt to transfer obscene matter to another individual (Victim #2) who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16.

In violation of Title 18, United States Code, Section 1470, and Title 18, United States Code, Section 2.

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

2

CASE NUMBER: 19-

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

ZACKARY MCFERREN

INFORMATION FOR
18 U.S.C. § 1470
18 U.S.C. § 2

CRAIG CARPENITO
U.S. ATTORNEY, NEWARK, NEW JERSEY

JASON M. RICHARDSON
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY
(856) 757-5026

USA-48AD8
(Ed. 1/97)