# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE NOEL L. HILLMAN**

**COURT REPORTER: Robert T. Tate**

**DATE OF PROCEEDINGS**

January 14, 2020

Docket #CR. 20-53 (NLH)&
CR.16-00190 (NLH)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
vs.
ZACHARY MCFERREN
**DEFENDANT PRESENT**

**APPEARANCE:**
Jason M. Richardson, AUSA for Government
John J. Zarych, Esq. for Defendant.
Christine Rennie and Kelly Anderson, Senior U.S. Probation Officer

**NATURE OF PROCEEDINGS: INITIAL APPEARANCE/PLEA TO A ONE-COUNT INFORMATION**
Ordered defendant sworn; Defendant sworn.
Defendant advised of charges and penalties.
Waiver of Indictment executed and filed.
Information filed.
PLEA: Guilty to a One-Count Information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Ordered sentencing set for Thursday, April 23, 2020 at 10:30 a.m. in Courtroom 3A.
Ordered defendant remanded to the custody of the U.S. Marshal.

Time commenced: 2:18 p.m.
Time Adjourned: 2:45 p.m.
Total Time: 27 min.

s/ GN
DEPUTY CLERK