**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**

**DATE OF PROCEEDINGS**

**JUDGE NOEL L. HILLMAN**

April 16, 2021

**COURT REPORTER: Robert T. Tate**

**Docket #CR.20-0053 (NLH)**

**TITLE OF CASE**:
UNITED STATES OF AMERICA
                vs.
ZACHARY MCFERREN
            **DEFENDANT PRESENT**

**APPEARANCES:**
Jason M. Richardson, AUSA for Government
Brenden Shur, Esq. for Defendant.
Shavaughn Chapman and Daniel Carney, U.S. Probation Officers.

**NATURE OF PROCEEDINGS: SENTENCE ON TWO COUNT INFORMATION**
SENTENCE: imprisonment 33 months counts 1,2 concurrently including 24 months
term of imprisonment imposed by this Court by separate judgment for violations of supervised release
in Crim. No.: 16-190.
SUPERVISED RELEASE: 3 years w/ special conditions.
SPECIAL ASSESSMENT: $200.00.
Ordered defendant must pay United States Justice for Victims of Trafficking Act (JVTA) assessment
of $10,000.
RECOMMENDATION: that the Bureau of Prisons designate the defendant to a facility near
defendant's home address offers a sex offense specific treatment program.
Defendant and Counsel advised of right to appeal.
Ordered defendant remanded to the custody of the U.S. Marshal.
Order to be entered.

Time commenced: 10:30 a.m.
Time Adjourned:11:20 am
Total Time: 50 min.

s/ GN
DEPUTY CLERK